**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| A.D.H., | : | No. 91 MAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 315 |
| | : | MD 2022 dated October 22, 2024 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                                                    **DECIDED:  July 22, 2025**

     **AND NOW,** this 22nd day of July, 2025, the order of the Commonwealth Court is

**AFFIRMED**.